IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-458-ECM |
| | )                   (WO) |
| LT. JOHNSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On July 26, 2023, the Magistrate Judge entered a Recommendation (doc. 21) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Defendants' Answer and Special Report (doc. 13) are construed as a motion for summary judgment, and the motion for summary judgment (doc. 13) is GRANTED in favor of the Defendants on the Plaintiff's federal claims.

3. To the extent that the Plaintiff brings supplemental state law claims, those claims are DISMISSED without prejudice.

4. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 21st day of August, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE